Affirmed and Memorandum Opinion filed April 27, 2006









Affirmed and Memorandum Opinion filed April 27, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00753-CR

____________

 

ARTIS CHARLES
HARRELL, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 184th District
Court

Harris County, Texas

Trial Court Cause No.
982,557

 



 

M E M O R A N D U M   O P I N I O N

A jury convicted appellant of aggravated robbery.  Appellant entered a plea of true to an
enhancement allegation and was sentenced by the jury to confinement for
ninety-nine years in the Institutional Division of the Texas Department of
Criminal Justice.   








In his sole issue on appeal, appellant claims the trial court
erred in overruling his motion to suppress. 
However, when the evidence was introduced at trial, as State=s Exhibits 6 and 7, defense counsel
stated, ANo objection, your Honor.@ 
Accordingly, any error in the admission of the evidence has been waived
despite the pretrial ruling.  See
Moody v. State, 827 S.W.2d 875, 889 (Tex. Crim. App. 1992);  Hardin v. State, 951 S.W.2d 208, 210
(Tex. App.CHouston [14th Dist.] 1997, no
pet.).  Appellant=s issue is overruled.

The judgment of the trial court is affirmed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed April 27, 2006.

Panel consists of Justices Hudson,
Fowler, and Seymore.

Do Not Publish C Tex. R. App. P. 47.2(b).